FILED
2014 Apr-02 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LEANNA L. HYFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 4:12-cv-02727- |
| | ) |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendants. | |

## MEMORANDUM OPINION

On January 22, 2014, the magistrate judge entered a Report and Recommendation, (doc. 13), recommending the decision of the Commissioner be affirmed and the case dismissed with prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The Commissioner's decision is AFFIRMED and this action is due to be DISMISSED. A separate Order will be entered.

DONE this 2nd day of April, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE